UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                     :

CHRISTOPHER KILPATRICK,                        :

                                    Plaintiff,                        :
                                                                                     :          23-CV-4039 (JMF)
                  -v-                                 :
                                                                                    :               <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,        :

                                    Defendant.                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated May 16, 2023, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 10.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date of the Court's May 16 Order.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, **June 9, 2023**.

       SO ORDERED.

Dated: June 2, 2023
      New York, New York

                                                               JESSE M. FURMAN
                                                            United States District Judge