**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHRISTOPHER KILPATRICK,

                Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

23-cv-4039 (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge.**

Per this Court's scheduling order at Dkt. No. 13, Plaintiff's motion for judgment on the pleadings was due "no later than 30 days after the e-CAR [was] filed. Dkt. No. 13 at 2-3. The e-CAR in this action was filed on September 29, 2023. Dkt. No. 20. Therefore, Plaintiff's motion was due by October 30, 2023. Id. To date, no motion has been filed. Plaintiff is directed to file a letter to the Court by **December 8, 2023**. Plaintiff is reminded that failure to comply with Court orders on scheduling may result in sanctions or dismissal of the action for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
             December 1, 2023

*[signature: Jennifer E. Willis]*

JENNIFER E. WILLIS
United States Magistrate Judge